### 23420

Richard H. SAGAR, Respondent v. MARINE CORPS AIR STATION FEDERAL CREDIT UNION, Petitioner v. Leila Prince SAGAR, Third Party Defendant-Respondent.

(406 S.E. (2d) 344)

Supreme Court

*John M. Tatum, III*, of *Harvey & Battey, P.A.*, of Beaufort, *for petitioner-appellant.*

*James H. Moss* and *H. Fred Kuhn, Jr.*, both of *Moss, Dore, Kuhn & McIntyre, P.A.*, of Beaufort, *for respondent.*

*Judith E. Patterson*, of the *Dowling Law Firm*, of Beaufort, *for third party defendant-respondent.*

Heard May 8, 1991.

Decided June 24, 1991.

---

## ON WRIT OF CERTIORARI TO
## THE COURT OF APPEALS

*Per Curiam:*

The writ of certiorari to the Court of Appeals in the case of *Richard H. Sagar v. Marine Corps Air Station Federal Credit Union,* Memorandum Opinion No. 90-MO-114 (Ct. App. filed August 23, 1990), is dismissed as improvidently granted.